SHAWN N. ANDERSON
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

**FILED**
Clerk
District Court

MAR 1 7 2022

for the Northern Mariana Islands
By _____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 22-00004 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO SEAL** |
| **LEE COHEN,** | |
| Defendant. | |

The United States of America hereby moves this Court for an Order to seal all pleadings in this matter, as the investigation in this case is still ongoing.  The United States, however, is not asking for a sealing of the courtroom.

Respectfully submitted March 17, 2022.

SHAWN N. ANDERSON
United States Attorney

By: _____
ERIC S. O'MALLEY
Assistant U.S. Attorney

Page **1** of **1**