F I L E D
Clerk
District Court

MAR 17 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>LEE COHEN,<br><br>        Defendant. | Case No. CR 22-00004<br><br>[Proposed] AVM<br>**ORDER GRANTING<br>UNITED STATES' MOTION TO SEAL** |

Before the Court is the United States' Motion to Seal all pleadings in this matter (ECF No. 1). FOR CAUSE SHOWN, the United States' Motion to Seal is GRANTED. All pleadings filed in this matter shall be filed under seal and shall remain so until further order of the Court.

IT IS SO ORDERED this 17th day of March, 2022.

_____
RAMONA V. MANGLONA
Chief Judge